# In the United States Court of Federal Claims

**No. 07-218C**

**Filed: April 3, 2007**

**GREAT LAKES DREDGE**
**& DOCK COMPANY et al.,**

**Plaintiff**

**v.**

**THE UNITED STATES**
**Defendant**

**Document (Volume 1-2 Index of Attached Exhibits)**

The above document has been filed in the Clerk's Office in hard copy and is not available electronically. To view this document, please contact the Clerk's Office at (202) 357-6406 between the hours of 8:45 am and 5:15 pm Eastern time.