IN THE UNITED STATES COURT OF FEDERAL CLAIMS

*****************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

FILED
APR - 3 2007
U.S. COURT OF FEDERAL CLAIMS

**Plaintiff,**

07-218 C

**v.**

**Judge** ______________

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

*****************************

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the United States Court of Federal Claims, Plaintiff Great Lakes Dredge & Dock Company, LLC, as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc. ("Great Lakes") hereby files its disclosure statement and states:

1. Great Lakes is a nongovernmental corporate party in this action.

2. Yes. The parent corporation of Great Lakes Dredge & Dock Company LLC is Great Lakes Dredge & Dock Corporation, a Delaware corporation incorporated in 1991.

3. Great Lakes is not a publicly held corporation.

Respectfully submitted,

Dated: April 2, 2007

Joseph W. Lawrence, II
Florida Bar No. 211303
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271