**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

******************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

******************************

FILED
APR - 3 2007
U.S. COURT OF FEDERAL CLAIMS

**No.** 07-218 C

**Judge** ________________

**PLAINTIFF'S NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2 of the United States Court of Federal Claims, Plaintiff Great Lakes Dredge & Dock Company, LLC, as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc. ("Great Lakes") hereby files its Notice of Directly Related Cases and states:

1. On August 8, 2006, Great Lakes filed an action involving the same parties, based on the same or similar claims and based on the same contract.

2. The title of the previous directly related case was Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc. v. United States Army Corps of Engineers.

3. The case number of the previous directly related case was 06-575C.

4. Case number 06-575C was voluntarily dismissed without prejudice on October 12, 2006.

5. Assignment of this new action to the same judge as the previous directly related action may conserve judicial resources.

Respectfully submitted,

Dated: April 2, 2007

Joseph W. Lawrence, II
Florida Bar No. 211303
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc.