IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GREAT LAKES DREDGE & DOCK CO., )
)
Plaintiff, )
)
v. ) No. 07-218C
) (Judge Firestone)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including August 3, 2007, within which to file its answer or other responsive pleading. Defendant's response to the complaint is presently due on June 4, 2007. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

This motion is necessary to enable counsel to adequately prepare the Government's response given the nature of this case, as well as counsel's other responsibilities. The contract that is the subject of the dispute is complex and has many discrete parts, and the Government is presently gathering the necessary information to properly answer the complaint and, possibly, assert a counterclaim.[1] Defendant expects to receive a litigation report and proposed answer in June, 2007. Thereafter, the undersigned Government attorney will need adequate time to prepare a response to the complaint.

Government counsel will also be out of the office on military reserve duty on June 4,

---

[1] The law provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

2007, and has filings due in the following cases: (1) Gerber v. United States, Fed. Cl. No. 1:06-cv-0807 on June 6, 2007; (2) JOA Construction Co. V. United States, Fed. Cl. No. 1:07-cv-00160, on June 11, 2007; and (3) Pennsauken Senior Towers Urban Renewal Associates, LLC, et al. v. United States, Fed. Cl. No. 1:07-cv-00174, on June 22, 2007. Undersigned counsel will not be able to dedicate the requisite time and resources until the end of June, 2007.

For these reasons, defendant respectfully requests that the Court grant its motion for a 60-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

May 18, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 18th day of May, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo