# In the United States Court of Federal Claims

**07-218C**

**Filed: 5/18/07**

**GREAT LAKES DREDGE &DOCK COMPANY et al.,**

**v.**

**THE UNITED STATES**

**NOTICE**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the motion, filed 8/3/07 , for enlargement of time to respond to the complaint the following order by the Clerk:

**ALLOWED.**

s/ Brian Bishop
Brian Bishop, Clerk of Court