# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: June 4, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK
COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The court was notified that the parties wish to engage in ADR proceedings in the above captioned case. Accordingly, a telephonic status conference will be held on June 12, 2007, at 1 pm EST. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone