# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: June 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK
COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held on June 12, 2007, a telephonic status conference will be held on July 6, 2007, at 1pm EST. The call will be placed from chambers and will not be recorded. Plaintiffs' counsel is reminded to provide a statement of damages to the undersigned and to defendant before that date. The statement should be sent directly to chambers and should not be filed.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone