# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: July 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK
COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held on July 6, 2007, the parties have agreed that plaintiffs' counsel shall provide the undersigned with a joint status report on or by August 10, 2007. Plaintiffs' counsel is reminded to provide the report directly to chambers via electronic mail. Upon receipt of that report, the court will schedule a telephonic status conference to discuss further proceedings in this ADR proceeding.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone