# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: July 10, 2007)**

* * * * * * * * * * * * * * * * *
*
**GREAT LAKES DREDGE** *
**& DOCK COMPANY et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Based on the report of the ADR Judge regarding the status of the parties' settlement negotiations, the defendant shall have until **Thursday, August 16, 2007** to file it's answer to plaintiffs' complaint.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink