# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: August 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

The above captioned case is hereby removed from the Alternative Dispute Resolution (ADR) Program.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone