IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-218C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 30 days, to and including September 17, 2007, within which to file its answer or other responsive pleading. Defendant's response to the complaint is presently due on August 16, 2007. This is defendant's second request for an enlargement of time for this purpose. Plaintiff's counsel does not oppose this request.

The parties attempted to resolve their differences through alternative dispute resolution ("ADR") but did not reach agreement. On August 6, 2007, the ADR judge removed the case from the program. Accordingly, the Government must now re-focus on our response to the complaint.

Additionally, Government counsel is responsible for five answers due in the following other cases:

(1) Hillian Bros., Inc. v, United States, No. 07-326C (Fed. Cl.) on July 30, 2007 (enlargement requested); (2) Pennsauken Senior Towers Urban Renewal Assoc., LLC v. United States, No. 07-174C (Fed. Cl.) on August 21, 2007; and (3) Securitas Gmbh Werkschutz v. United States, Nos. 07-255C/256C/257C (Fed. Cl.) (three cases requiring three separate answers prior to consolidation) on August 24, 2007. In addition to the aforementioned cases, the Court directed

that the Government treat the case of TMI Mgmt. Systems, Inc. v. United States, 07-407 (Fed. Cl.), on an expedited schedule, akin to a bid protest case, and file our brief by August 31, 2007, and scheduled oral argument on September 4, 2007.

Government counsel will also be attending a course at the Department of Justice's National Advocacy Center in Columbia, South Carolina, from September 10 through September 12, 2007.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for a 30-day enlargement of time within which to file its answer or other responsive pleading.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Armando Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tele: (202) 307-3390
Fax: (202) 514-8624

August 7th, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of August, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo