# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: August 8, 2007)**

* * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE & DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The defendant's unopposed motion, filed on August 7, 2007, for an enlargement of time within which to file its answer or other responsive pleaded is **GRANTED**. The defendant shall have until **Monday, September 17, 2007** to file its answer to plaintiffs' complaint.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge