IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-218C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER AND AFFIRMATIVE DEFENSE

On September 13, 2007, defendant filed its answer and affirmative defense through the Court's electronic filing system. Defendant incorrectly formatted its signature page and did not date the accompanying certificate of filing from its answer and affirmative defense.

Accordingly, defendant respectfully requests leave to file its corrected answer and affirmative defense.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
ELIZABETH F. OPPENHEIMER
Counsel
United States Army Corps of Engineers
Jacksonville District
701 San Marco Blvd.
Jacksonville, FL 32207-8175
Tel: (904) 232-1166

September 15, 2007

CERTIFICATE OF FILING

I hereby certify that on this 15th day of September, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER AND AFFIRMATIVE DEFENSE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Armando Rodriguez-Feo