**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**********************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**No. 07-00218 C**

**v.**

**Judge Firestone**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

**********************************

**PLAINTIFF'S RESPONSE TO DEENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER AND AFFIRMATIVE DEFENSE**

Plaintiff, Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge and Dock Company for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc. ("Great Lakes") files this Response to Defendant's Motion for Leave to File Corrected Answer and Affirmative Defense and states:

Great Lakes has no objection to and does not oppose the Defendant's Motion for Leave to File Corrected Answer and Affirmative Defense.

Respectfully submitted,

s/Joseph W. Lawrence, II
Joseph W. Lawrence, II
Florida Bar No. 211303
E-mail: jlawrence@vlplaw.com
Vezina, Lawrence & Piscitelli P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for Great Lakes Dredge & Dock Company, LLC

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of September, 2007, a copy of the foregoing "PLAINTIFF'S RESPONSE TO DEENDANT'S MOTION FOR LEAVE TO FILE CORRECTED ANSWER AND AFFIRMATIVE DEFENSE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Joseph W. Lawrence, II
Joseph W. Lawrence, II
Florida Bar No. 211303
E-mail: jlawrence@vlplaw.com
Vezina, Lawrence & Piscitelli P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for Great Lakes Dredge & Dock Company, LLC