# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: September 25, 2007)**

* * * * * * * * * * * * * * * * * *
*
**GREAT LAKES DREDGE** *
**& DOCK COMPANY et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's unopposed motion, filed September 15, 2007, for leave to file a corrected answer and affirmative defense is **GRANTED**. Accordingly, defendant shall re-file a separate corrected answer.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge