# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: November 16, 2007)**

* * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK COMPANY et al., *
Plaintiffs, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * *

**ORDER**

The court hereby **SCHEDULES** the joint preliminary status conference for **Thursday, December 13, 2007 at 10:30 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (954) 728-1270; counsel for defendant at (202) 307-3390. The court will initiate the call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge