**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**********************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**No. 07-00218 C**

**v.**

**Judge Firestone**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

**********************************

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to United States Court of Federal Claims Rule 15, Plaintiff, Great Lakes Dredge & Dock Company, LLC as the successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc. ("Plaintiff") files its Motion for Leave to File Amended Complaint and states:

1. Plaintiff filed its Complaint in this action seeking compensation for additional work that Plaintiff performed under contract with the United States Army Corps of Engineers ("Corps") for Construction and Maintenance Dredging, 40-Foot Project, Entrance Channel, Turning Basin and Berthing Areas, Manatee Harbor, Florida ("Project").

2. Subsequently, the parties agreed to narrow the issues in the litigation to the issue of the standard of measurement used to calculate certain additional equipment costs that Plaintiff incurred on the Project, together with agreed mark-ups and applicable interest.

3. Accordingly, Plaintiff requests leave of Court to file the Amended Complaint attached hereto.

4. It is the understanding of Plaintiff that the Corps agrees to this Motion for Leave to File Amended Complaint.

5. No party is prejudiced by this amendment.

WHEREFORE, Plaintiff requests that the Court issue an order granting leave to file the attached Amended Complaint and grant such other and further relief as the Court deems just and proper.

Dated this 20th day of November, 2007.

Respectfully submitted,

**s/ Joseph W. Lawrence, II**

Joseph W. Lawrence, II
Florida Bar No. 211303
E-mail: JLawrence@vlplaw.com
**Vezina, Lawrence & Piscitelli, P.A.**
The Museum Building
300 SW First Avenue, Suite 150
Fort Lauderdale, FL 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2007, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Armando Rodriguez-Feo, Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

**s/ Joseph W. Lawrence, II**
Joseph W. Lawrence, II