# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: December 5, 2007)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **GREAT LAKES DREDGE** | * |
| **& DOCK COMPANY et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's motion, filed November 20, 2007, for leave to file an amended compliant is **GRANTED**. Accordingly, the plaintiff shall resubmit its amended complaint.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge