# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: December 13, 2007)**

* * * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE**
**& DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**SCHEDULING ORDER**

Following the status conference with the parties on December 13, 2007, the court orders the following:

**March 3, 2008** The parties shall complete all discovery, including expert discovery.

**March 13, 2008** The parties shall file a joint status report setting forth the parties' proposals for next steps in the litigation.

After receipt of the joint status report, the court will arrange a status conference by phone to discuss a schedule for resolution of the case.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge