IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-218C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegation that the Court possesses jurisdiction, contained in the paragraph preceding paragraph 1, constitutes a conclusion of law to which no answer is required; to the extent it may be deemed an allegation of fact, it is denied. Admits the allegations contained in paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 1.

2. Admits the allegation contained in the first sentence of paragraph 2 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegation contained in paragraph 2. Denies the second sentence of paragraph 2; avers that Exhibit 1 to the complaint is an annotated copy rather than a true and correct copy of the contract.

3. Admits the allegations contained in paragraph 3 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 3. Defendant avers that the Disputes Clause is 52.233-1, not 52-233-1.

4. Admits the allegations contained in paragraph 4 to the extent supported by the

subcontract cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 4.

5. Admits.

6. Admits.

7. Denies the allegations contained in the first sentence of paragraph 7. Admits the allegation contained in the second sentence of paragraph 7 that plaintiff filed a claim and sought the contracting officer's final decision.

8. Denies the allegations contained in the first sentence of paragraph 8; avers that the amount plaintiff claimed was $2,323,326.00. Denies the allegation contained in the second sentence of paragraph 8; avers that Exhibit 3 is incomplete. Admits the allegations contained in the third and fourth sentences of paragraph 8; avers that the plaintiff has been paid in full for the additional equipment costs at issue.

9. Admits the allegations contained in the first sentence of paragraph 9 to the extent supported by the contracting officer's final decision cited, which is the best evidence of its contents; otherwise denies the allegations contained in the first sentence of paragraph 9. The allegations contained in the second sentence of paragraph 9 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

10. Admits the allegation contained in the first sentence of paragraph 10 that the parties have agreed to narrow the contended issue to the proper measure of additional equipment costs as explained in the Joint Preliminary Status Report. Admit that the parties have resolved the other factual contentions in this case; aver that the parties have not yet entered into stipulated facts.

11. Admit the allegations contained in the first sentence of paragraph 11. The allegations contained in the second sentence of paragraph 11 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied. Admits the allegation contained in the third sentence of paragraph 11.

12. The allegations contained in the first sentence of paragraph 12 constitute plaintiff's characterization of its case and conclusions of law, to which no answer is required; to the extent that they may be deemed allegations of fact, they are denied. Admits the allegations contained in the second sentence of paragraph 12.

13. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 12, or to any relief whatsoever.

14. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

Of Counsel:
ELIZABETH F. OPPENHEIMER
Counsel
United States Army Corps of Engineers
Jacksonville District
701 San Marco Blvd.
Jacksonville, FL 32207-8175
Tel: (904) 232-1166

December 14, 2007

CERTIFICATE OF FILING

I hereby certify that on this 14th day of December, 2007, a copy of the foregoing "DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo