IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GREAT LAKES DREDGE & DOCK CO., LLC, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-218C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO AMEND DISCOVERY SCHEDULE**

Defendant respectfully requests to amend the discovery schedule in this case. In its December 13, 2008 scheduling order, the Court directed that all discovery, including expert discovery, close by March 3, 2008. Defendant respectfully requests to amend the schedule for purposes of expert discovery only in the following fashion:

| | |
|---|---|
| Defendant's Expert Report | April 4, 2008 |

The parties exchanged written discovery on February 8, 2008 and have only recently exchanged the responsive documents. The defendant's designated expert witness needs additional time to prepare the materials and prepare a report.

Plaintiff's counsel is in trial this week and has been understandably unreachable for the purpose of granting consent, but both parties discussed the extension generally.

To the extent that plaintiff may wish to depose defendant's expert and designate its own expert, whom defendant would then like to be able to depose on that expert report, as well as provide a rebuttal report, if necessary, defendant proposes that the Court grant the parties leave

to file an additional amendment dealing with expert discovery by April 18, 2008, addressing those matters.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

February 29, 2008

CERTIFICATE OF FILING

I hereby certify that on this 29th day of February, 2008, a copy of the foregoing "DEFENDANT'S MOTION TO AMEND DISCOVERY SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo