# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: March 5, 2008)**

* * * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE & DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion to amend the discovery schedule in the above-referenced case is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **April 4, 2008** | Defendant's expert report due; |
| **April 18, 2008** | The parties shall file a joint status report setting forth the parties' proposals for completing expert discovery. |

After receipt of the joint status report, the court will arrange a status conference by phone to discuss finalizing expert discovery and a schedule for resolution of the case.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge