**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

********************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC as the Successor in Interest of GREAT LAKES DREDGE & DOCK COMPANY, for the Use and Benefit of WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**No. 07-00218 C**

**Judge Firestone**

********************************

**JOINT STATUS REPORT REGARDING PARTIES' PROPOSALS FOR COMPLETING EXPERT DISCOVERY**

Pursuant to the Court's March 5, 2008 Order, Plaintiff, Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co, Inc. ("Plaintiff") and Defendant, United States ("Defendant") file this Joint Status Report and state:

## I. Defendant's Expert Discovery

As required by the Court's Order, the Defendant served the Expert Report of its Expert, Wiley R. Wright, III, on April 3, 2008.

## II. Plaintiff's Expert Discovery

Plaintiff's and Defendant's Rule 26(a)(1) Initial Disclosures identified potential trial witnesses in this matter before Defendant determined it wished to retain an additional expert witness. Plaintiff does not need to retain any further expert witnesses to address the facts of the case or to rebut the Defendant's new expert, as the Plaintiff believes the Defendant's expert witness is essentially restating the allegations and analysis contained in the Defendant's original

audit report. That audit report was previously addressed by Plaintiff prior to filing of the lawsuit with the assistance of Plaintiff's listed witnesses. Accordingly, Plaintiff does not require any additional witnesses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Joseph W. Lawrence, II
JOSEPH W. LAWRENCE, II
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue, Suite 150
Fort Lauderdale, Florida 33301

Tel: (954) 728-1270
Fax: (954) 728-1270

Attorney for Plaintiff

s/Armando A. Rodriguez-Feo
ARMANDO A. RODRIGUEZ-FEO
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St., NW
Washington, D.C. 20530

Tel: (202) 307-3390
Fax: (202) 514-8624

Attorneys for Defendant

April 16 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of April, 2008, a copy of the foregoing "JOINT STATUS REPORT REGARDING PARTIES' PROPOSALS FOR COMPLETING EXPERT DISCOVERY," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Armando Rodriguez-Feo