# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: April 25, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **GREAT LAKES DREDGE** | * |
| **& DOCK COMPANY et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court hereby **SCHEDULES** a status conference for **Monday, May 5, 2008 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (954) 728-1270; counsel for defendant at (202) 307-3390. The court will initiate the call.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge