# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: May 6, 2008)**

* * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE & DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Based on the status conference with the parties on May 5, 2008, the court orders the following:

**May 30, 2008** — The plaintiff shall provide the government with expert reports from William C. Wilkinson, Jr., William Humphreys, and Ronnie Prat.

**June 27, 2008** — The government shall complete depositions of William C. Wilkinson, Jr., William Humphreys, and Ronnie Prat in accordance with the Rules of the U.S. Court of Federal Claims.

**July 21, 2008** — The court will hold a pre-trial conference with all principals in attendance in West Palm Beach, Florida. A specific location and schedule will be provided by the court in advance of the pre-trial conference.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge