**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

******************************

**GREAT LAKES DREDGE & DOCK COMPANY, LLC**
**as the Successor in Interest of GREAT LAKES DREDGE**
**& DOCK COMPANY, for the Use and Benefit of**
**WILKINSON & JENKINS CONSTRUCTION CO., INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

**No. 07-00218 C**

**Judge Firestone**

******************************

**PLAINTIFF'S MOTION REGARDING**
**PRINCIPAL ATTENDANCE AT PRE-TRIAL CONFERENCE**

Pursuant to United States Court of Federal Claims Rule 16, Plaintiff, Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc., requests an accommodation regarding attendance of principals at the July 21, 2008 Pre-Trial Conference in West Palm Beach, Florida, and states:

1. The Court's May 6, 2008 Scheduling Order states in pertinent part that on July 21, 2008 "[t]he Court will hold a pre-trial conference with all principals in attendance in West Palm Beach, Florida." United States Court of Federal Claims Rule 16(c) specifies that "[i]f appropriate, the court may require that a party or its representatives be present or reasonably available by telephone in order to consider possible settlement of the dispute."

2. This action is a sponsored claim brought by Great Lakes Dredge & Dock Company LLC ("Great Lakes") as the successor in interest of Great Lakes Dredge & Dock Company for the use and benefit of its project subcontractor, Wilkinson & Jenkins Construction Co., Inc. All of the equipment costs that are at issue in this case, and the great majority of the damages sought, involve the equipment of Wilkinson & Jenkins Construction Co., Inc. The only amount at issue that would be retained by Great Lakes is a prime contractor mark-up on subcontractor costs, and the parties have agreed on the percentage mark-up that is applicable. No dispute about that mark-up exists. Therefore, Wilkinson & Jenkins Construction Co., Inc. is the critical entity in determining the potential for settlement of this case, and the principal of Wilkinson & Jenkins Construction Co., Inc. shall be present at the July 21 Pre-Trial Conference.

3. The main office of Great Lakes is located in Oak Brook, Illinois at a location very distant to the West Palm Beach, Florida Pre-Trial Conference location It would be very expensive for a principal of Great Lakes to attend the July 21 Pre-Trial Conference in addition to the principal of Wilkinson & Jenkins Construction Co., Inc. and counsel.

4. Great Lakes will attend the July 21 Pre-Trial Conference in person if the Court so desires, but for the reasons set forth above, Plaintiff requests that the participation of Great Lakes Dredge & Dock Company, LLC, at the July 21, 2008 Pre-Trial Conference be limited to making a principal available by telephone as provided by RCFC 16(c).

5. Undersigned counsel has contacted counsel for Defendant and has been authorized to represent that Defendant's counsel has no objection to this Motion.

WHEREFORE, Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc., respectfully requests that the Court direct that that a principal of Great

Lakes Dredge & Dock Company, LLC may participate in the July 21 Pre-Trial Conference by telephone.

Dated this 11th day of June, 2008.

Respectfully submitted,

/s/ Joseph W. Lawrence, II

Joseph W. Lawrence, II
Florida Bar No. 211303
E-mail: JLawrence@vlplaw.com
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue, Suite 150
Fort Lauderdale, FL 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for Great Lakes Dredge & Dock Company, LLC as the Successor in Interest of Great Lakes Dredge & Dock Company, for the Use and Benefit of Wilkinson & Jenkins Construction Co., Inc.

## CERTIFICATE OF SERVICE

I CERTIFY UNDER PENALTY OF PERJURY on June 11th, 2008, that the foregoing document is being served this day on the following counsel of record via e-mail and United States Mail to:

Armando Rodriguez-Feo, Trial Attorney
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

: /s/ Joseph W. Lawrence, II
Joseph W. Lawrence, II