# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: June 12, 2008)**

* * * * * * * * * * * * * * * * *
*
**GREAT LAKES DREDGE** *
**& DOCK COMPANY et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's unopposed motion, filed June 11, 2008, requesting that a principal of Great Lakes Dredge & Dock Company, LLC be allowed to participate in the July 21, 2008 Pre-Trial Conference via telephone is **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge