# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: July 9, 2008)**

* * * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE & DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER AND PRELIMINARY PRE-TRIAL CONFERENCE PROCEDURES

The preliminary pre-trial conference scheduled for Monday, July 21, 2008, will be held at **10:00 am eastern time at the Paul G. Rogers Federal Building and U.S. Courthouse, 701 Clematis Street, in Judge Kenneth Ryskamp's Courtroom, Fourth Floor, West Palm Beach, FL 33401**. As previously ordered, party representatives shall also be present in person, except for the principal of Great Lakes Dredge & Dock Company who may appear by phone.

Because there is only one major issue in dispute in this case regarding the proper measurement of additional equipment costs, prior to incurring the expenses associated with a final pre-trial conference, the court wanted to meet in person with the parties to discuss the following issues, in detail: (1) What specific evidence has W&J produced to show that their accounting records cannot be used to calculate "actual costs" for each of the pieces of equipment in dispute (be prepared to discuss what witnesses would be called and what documentary evidence will be used to either establish or rebut W&J's claim with regard to each piece of equipment); (2) What would explain any large discrepancy between W&J's costs, as reflected in its accounting records, and the amount calculated under the Corps of Engineers Manual (be prepared to discuss what expert evidence, if any, is available on this issue); and (3) What progress has been made to settle this dispute,

and if it has not settled, what specific issues are keeping the parties apart.

Each side will be given one hour to make a presentation on the first two issues, above. The plaintiff will speak first. The conference will then break for lunch and the parties will return to discuss the third issue. The parties should be prepared, at the conference, to tell the court whether and to what extent they will allow the court to facilitate settlement discussions in the case. In all events, however, the parties must be prepared to discuss the steps they have taken to settle the case and the major issues keeping the parties from resolving the case through settlement.

Counsel should note that the Southern District of Florida has special rules governing the use of electronic equipment.[1] If any of the individuals attending the proceeding need to bring in a laptop, cell phone, beeper, camera, video or audio recording equipment, or any electronic equipment of any kind, the parties **must fax or email that information, including the name of the individual(s) and the type of equipment, by July 14, 2008**, to Catherine Babyak, Executive Service Administrator, United States District Court. Ms. Babyak's contact information is as follows:

Phone: (305) 523-5015
Fax: (305) 523-5009
Email: Catherine_Wade@flsd.uscourts.gov

In addition, all persons entering the courthouse will need to show picture identification, sign in and place all items through an X-ray machine, and be screened by the U.S. Marshals.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

[1]The policy governing electronic equipment can be downloaded at www.flsd.uscourts.gov.