# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: July 23, 2008)**

* * * * * * * * * * * * * * * * *

**GREAT LAKES DREDGE & DOCK COMPANY et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

As discussed at the preliminary pre-trial conference held on July 21, 2008, the court **ORDERS** the following:

(1) A trial shall be held in the above-captioned case beginning **Tuesday, December 9, 2008** in Florida. The specific time and location will be provided by the court in a forthcoming order.

(2) The pre-trial deadlines are as follows, pursuant to Appendix A of the Rules of the United States Court of Federal Claims:

| | |
|---|---|
| **Monday, October 6, 2008** | Meeting of counsel and exchange of witness and exhibit lists. |
| **Monday, October 20, 2008** | Plaintiffs shall file memorandum of contentions of fact and law, witness list, and exhibit list, including summary exhibits. |
| **Monday, November 17, 2008** | Defendant shall file memorandum of |

| | |
|---|---|
| | contentions of fact and law, witness list, and exhibit list, including summary exhibits. |
| **Monday, December 1, 2008** | Parties shall file a list of joint exhibits, joint stipulations of fact, and any pre-trial motions to be resolved at the pre-trial conference. |
| **Monday, December 8, 2008** | Final pre-trial conference shall be held in Florida. Counsel for each party shall appear in person. The specific time and location will be provided by the court in a forthcoming order. |

(3) The court will contact Judge Bruggink to resume settlement discussions. The parties shall file a Joint Status Report by **Monday, September 29, 2008**, detailing any progress the parties have made toward settlement and indicating with specificity what issues, if any, remain to be resolved at trial.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink