# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * * *
*
**GREAT LAKES DREDGE** *
**& DOCK COMPANY et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff's unopposed motion, filed July 10, 2008, requesting leave to amend plaintiff's amended complaint by interlineation, is hereby **GRANTED**. Accordingly, plaintiff shall file its second amended complaint by **Monday, August 4, 2008**. In addition, defendant's request to waive filing a new answer to the second amended complaint and to rest upon defendant's response to the amended complaint is also **GRANTED**.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge