# In the United States Court of Federal Claims

**No. 07-218C**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **GREAT LAKES DREDGE** | * |
| **& DOCK COMPANY et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * * *

## ORDER

In accordance with the court's July 23, 2008 order, the Clerk of the Court is directed to reinstate the above-captioned case in the ADR Pilot Program and retain Judge Eric Bruggink as the ADR Judge.

**IT IS SO ORDERED**.

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Bruggink