# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: July 28, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK
COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic conference with the parties is scheduled for Monday, August 18, 2008, at 3:30 p.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone