# In the United States Court of Federal Claims

No. 07-218C ADR PILOT
(Filed: August 19, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *
GREAT LAKES DREDGE & DOCK
COMPANY, LLC, *et al.*,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the representations made during the telephonic ADR status conference held on August 18, 2008, the parties shall submit and exchange their respective settlement position briefs on September 15, 2008. The briefs shall not exceed 10 pages, excluding attachments. The parties are reminded to submit their briefs directly to chambers via e-mail to Andrea_Comfort@ao.uscourts.gov.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone